THE STATE OF NEW JERSEY, v. GERUE SULLIVAN, DEFENDANT.

Argued October 25, 1965—Decided March 7, 1966.

Mr. *Albert L. Simpson* argued the cause *pro se.*

Mr. *A. Donald McKenzie,* Assistant County Attorney, argued the cause for respondent County of Union (*Mr. Edward O. Bauer,* County Attorney, attorney).

The opinion of the court was delivered

Per Curiam. ██ Counsel assigned to prosecute a post-conviction proceeding under *R. R.* 3:10A on behalf of a defendant convicted of murder appeals from an allowance of $350 for his services. The county does not cross-appeal but notes the issue presented in *State v. Loray* and *State v. Smith,* 46 *N. J.* 417 (1966), both decided by us today, as to whether compensation may be awarded in a proceeding of this kind. In the present case, the trial court correctly held, as did the trial courts in *Loray* and *Smith,* that *N. J. S.* 2A:163–1 authorizes an award against the county. We think, however, the allowance was too low and should be raised to $1,000. The judgment is modified accordingly.

For *modification*—Chief Justice Weintraub and Justices Jacobs, Francis, Proctor, Hall and Schettino—6.